IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01855-WDM-CBS

LINDA HOFFMAN AND
LISA HATEM,

    Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL of LISA HATEM'S CLAIMS

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice of Lisa Hatem's claims only, in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the claims of Lisa Hatem are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 30, 2006.

                                                BY THE COURT:

                                               s/ Walker D. Miller
                                               United States District Judge

PDF FINAL