**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER**

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Terri Lindblom

Date: January 30, 2006

Civil Action No.  03-CV-01855-WDM-CBS

<u>Parties</u>

LINDA HOFFMAN,

      Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., et al.,

      Defendants.

<u>Counsel</u>

Darold Killmer  
Mari Newman

Steven Gutierrez  
Daniel Striana

**COURTROOM MINUTES**

**Motion to Withdraw**

**1:30 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Initial comments by the Court regarding recusal.

**ORDERED:**  Defendants' **Motion to Withdraw (Filed 1/20/06; Doc. No. 51)** is GRANTED.

**ORDERED:**  The Trial Preparation Conference set for February 3, 2006 at 2:00 p.m. is VACATED and **RESET to Tuesday, February 7, 2006 at 2:00 p.m.**

Counsel may submit jury instructions by the end of business day on February 3, 2006.

**1:41 p.m.    Court in recess.**
Total In-Court Time 0:11; hearing concluded.